# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>JOSHUA D. FLUSHMAN, D.C. LTD, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:15-cv-01531-JAD-NJK<br><br>ORDER DENYING STIPULATION TO EXTEND<br><br>(Docket No. 7) |

　　　Pending before the Court is a stipulation to extend the deadline to file a response to Plaintiff's complaint. Docket No. 7. Stipulations for extensions must "state the reasons for the extension requested." Local Rule 6-1(b). The pending stipulation provides no reason whatsoever for the requested extension. Accordingly, it is hereby **DENIED** without prejudice.

　　　IT IS SO ORDERED.

　　　DATED: October 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge