# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>v.<br><br>JOSHUA D. FLUSHMAN, D.C.,<br><br>        Defendant(s). | Case No. 2:15-cv-01531-JAD-NJK<br><br>ORDER |

On October 27, 2015, Defendants filed an answer. Docket No. 11. Since that time, the parties have failed to file a discovery plan or, if discovery is not required, otherwise proposed a schedule for this case to proceed. The Court hereby **SETS** a scheduling hearing for 11:00 a.m. on March 8, 2016, in Courtroom 3B.

    IT IS SO ORDERED.

    DATED: February 26, 2016

                                                                _____
                                                                Nancy J. Koppe
                                                                United States Magistrate Judge