1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>JOSHUA D. FLUSHMAN, et al.,<br><br>         Defendants. | Case No. 2:15-cv-01531-JAD-NJK<br><br>**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY**<br><br>(Docket No. 14) |

11
12
13
14
15
16

On February 26, 2016, the Court set a scheduling hearing in the instant case. Docket No. 13.

17 That hearing is set for March 8, 2016. *See id.* On March 3, 2016, 2016, Plaintiff filed a motion for leave

18 to appear telephonically, indicating that Plaintiff's counsel is currently engaged in a jury trial in the

19 District of Colorado. *See* Docket No. 14.

20

For good cause shown, the Court **GRANTS** Plaintiff's motion to appear telephonically at the

21 March 8, 2016, hearing. Docket No. 14. Plaintiff shall call the Court conference line at 877-402-9757

22 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear

23 recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the

24 use of a speaker phone, are prohibited.

25

IT IS SO ORDERED.

26

DATED: March 4, 2016.

27
28

_____
NANCY J. KOPPE
United States Magistrate Judge