1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10

UNITED STATES OF AMERICA,                )

11                                          )    Case No. 2:15-cv-01531-JAD-NJK
                    Plaintiff,               )

12                                          )    **ORDER**
v.                                          )

13                                          )
JOSHUA D. FLUSHMAN, et al.,               )    (Docket No. 17)

14                                          )
                    Defendants.              )

15      _____ )

16          Pending before the Court is the parties' joint proposed discovery plan (which the parties

17  mislabeled as a Case Management Report).  Docket No. 17.  If a proposed discovery plan sets deadlines

18  longer than those specified in Local Rule 26-1(e), then the plan must provide a statement of reasons why

19  longer periods should apply in that case.  Local Rule 26-1(d).  Here, the parties' proposed discovery

20  plan sets deadlines outside the periods specified in Local Rule 26-1(e), but fails to provide a statement

21  of reasons explaining why longer time periods are warranted.

22          Accordingly, the proposed discovery plan is hereby **DENIED** without prejudice.  The parties

23  shall file a new joint proposed discovery plan that complies in full with Local Rule 26-1 no later than

24  March 10, 2016.

25          IT IS SO ORDERED.

26          DATED: March 9, 2016.

27                                          _____

28                                          NANCY J. KOPPE
                                            United States Magistrate Judge