# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | Case No. 2:15-cv-01531-JAD-NJK |
| vs. | ORDER |
| JOSHUA FLUSHMAN, D.C. LTD, et al., | |
| Defendant(s). | (Docket No. 26) |

Pending before the Court is Defendants' emergency motion for protective order. Docket No. 26. The deposition of Joshua Flushman, scheduled for July 13, 2016, is **STAYED** pending the resolution of Defendants' motion. *See* Fed.R.Civ.P. 37(d)(1)(2). The Court hereby **ORDERS** that a response must be filed no later than July 14, 2016, and any reply must be filed no later than July 15, 2016.

IT IS SO ORDERED.

DATED: July 12, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge