1  Steven E. Hollingworth, Esq.
   Nevada Bar No. 7753
2  shollingworth@sdfnvlaw.com
   Alexander G. LeVeque, Esq.
3  Nevada Bar No. 11183
   aleveque@sdfnvlaw.com
4  Jeremy M. Welland
   Nevada Bar No. 12516
5  SOLOMON DWIGGINS & FREER, LTD.
   9060 West Cheyenne Avenue
6  Las Vegas, Nevada 89129
   Telephone: 702-853-5483
7  Facsimile: 702-853-5485

8

   Attorneys for Defendants
9  Joshua D. Flushman, D.C. LTD.
   and Joshua D. Flushman

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:15-cv-01531-JAD-NJK |
|---|---|
| Plaintiff, | |
| v. | **SUBSTITUTION OF ATTORNEYS** |
| JOSHUA D. FLUSHMAN, D.C. LTD. and JOSHUA D. FLUSHMAN, | |
| Defendants. | |

Defendants JOSHUA D. FLUSHMAN, D.C. LTD. and JOSHUA D. FLUSHMAN hereby substitute the following:

        Steven E. Hollingworth, Esq.
        Solomon Dwiggins & Freer, Ltd.
        9060 West Cheyenne Avenue
        Las Vegas, Nevada 89129
        Telephone: (702) 853-5483
        Fax: (702) 853-5485
        Email: shollingworth@sdfnvlaw.com

| | |
|---|---|
| 1 | Alexander G. LeVeque, Esq. |
| 2 | Solomon Dwiggins & Freer, Ltd. |
|   | 9060 West Cheyenne Avenue |
| 3 | Las Vegas, Nevada 89129 |
|   | Telephone: (702) 853-5483 |
| 4 | Fax: (702) 853-5485 |
|   | Email: aleveque@sdfnvlaw.com |

Jeremy M. Welland
Solomon Dwiggins & Freer, Ltd.
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 853-5483
Fax: (702) 853-5485
Email: jwelland@sdfnvlaw.com

as attorneys of record in the place and stead of:

Ken R. Ashworth, Esq.
Ken R. Ashworth & Associates
1057 Whitney Ranch Dr. Ste. 350
Henderson, NV 89014
Telephone: (702) 893-9500
Fax: (702) 893-2725
Email: kra@ashworthlaw.com

Hans Baldau, Esq.
Ken R. Ashworth & Associates
1057 Whitney Ranch Dr. Ste. 350
Henderson, NV 89014
Telephone: (702) 893-9500
Fax: (702) 893-2725
Email: hbaldau@ashworthlaw.com

DATED: July ___, 2016

_____
JOSHUA FLUSHMAN

DATED: July ___, 2016

JOSHUA FLUSHMAN, D.C. LTD.

By: _____
JOSHUA FLUSHMAN, President

//
//
//
//

2

We consent to the above substitution.

                                                         KEN R. ASHWORTH & ASSOCIATES

DATED: July 8, 2016                             By:  */s/ Ken. R. Ashworth*
                                                                KEN R. ASHWORTH, ESQ.

The undersigned are duly admitted to practice in this District, and hereby accept the above substitution.

DATED: July 11, 2016                            */s/ Steven E. Hollingworth*
                                                          STEVEN E. HOLLINGWORTH, ESQ.

DATED: July 11, 2016                            */s/ Alexander G. LeVeque*
                                                          ALEXANDER G. LEVEQUE, ESQ.

DATED: July 11, 2016                            */s/ Jeremy M. Welland*
                                                          JEREMY M. WELLAND, ESQ.

APPROVED AND SO ORDERED:

DATED: July 12, 2016

                                                          UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing pursuant to the CM/ECF system.

                                         _/s/ Renee Guastaferro_
                                         Solomon Dwiggins & Freer, Ltd.